IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 4:13-CR-241-SDJ-KPJ-8 |
| ARNULFO SALAZAR (8) | § § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on October 4, 2023, to determine whether Defendant violated his supervised release. Defendant was represented by Mr. Vickers Lee Cunningham, Sr. The Government was represented by Assistant United States Attorney Glenn Roque-Jackson.

On March 12, 2015, United States District Judge Marcia A. Crone sentenced Defendant to a term of eighty-seven (87) months followed by five (5) years of supervised release. *See* Dkts. 248, 250–51. On May 31, 2019, Defendant completed his term of imprisonment and began serving the term of supervision. *See* Dkt. 411 at 1.

On August 7, 2023, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 411), alleging Defendant violated three conditions of supervised release. *See id.* at 1–2. The Petition asserts Defendant violated the following conditions of supervision: (1)–(2) Defendant shall not commit another federal, state, or local crime; (3) Defendant shall refrain from excessive use of alcohol and shall not purchase,

1

possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. *See id.*

The Petition asserts Defendant violated the foregoing conditions as follows:

(1)   On June 24, 2023, officers with the Choctaw Nation Police Department were dispatched to the Durant, Oklahoma Casino regarding a domestic issue between a male and female. The couple were identified as Defendant and his girlfriend, Stacey Keenan.

Officers watched security footage of the incident and observed Defendant sitting in the Smash Burger restaurant, and with body language and hand gestures they appeared to be having a verbal argument. Defendant then struck Ms. Keenan on the left side of her face with his left fist.

Officers spoke with Ms. Keenan, who stated, "it happened so fast, they were having an argument because he drinks too much then he punched her." She stated they were common law married and admitted to officers this has happened before at their residence. The officer observed Ms. Keenan to have swelling on her lips and redness on the left side of her face. She consented to photographs being taken of the injuries.

Officers then spoke to Defendant who was being uncooperative, and he was placed under arrest for Domestic Assault & Battery and Public Intoxication. As he was being escorted to the patrol unit, Defendant stated that "he would whoop the officer's ass and to take off the cuffs." He also asked if there was video, and he was advised there was such.

Contact was made with witnesses to the assault. The witness stated that she observed a man and woman sitting in front of them arguing with each other. The male reached over and hit her in the face. He then started cussing at her and calling her names. One witness then stepped in and asked Defendant to calm down and to walk away. Defendant would not leave and "the woman seemed very scared." The witness then signaled for staff to call security.

On June 26, 2023, Defendant was released from custody on a $2,500.00 bond and his court date is scheduled for October 5, 2023.

(2)–(3) On June 24, 2023, Defendant was arrested for committing the offense of Public Intoxication. On July 13, 2023, Defendant admitted to the U.S. Probation Office that he consumed four margarita's and it "may have affected him."

On October 4, 2023, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for October 4, 2023. Defendant entered a plea of true to allegations two and three,

consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the undersigned. *See id.*; Dkt 424. The Government moved to withdraw allegation one, which the Court granted. *See* Minute Entry for October 4, 2023. The Court finds Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the October 4, 2023 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of five (5) months, to run consecutively to any other term of imprisonment, with twenty-four (24) months of supervised release to follow under the previous conditions of supervised release with the following additional special conditions:

(1)   Defendant must not possess or consume alcoholic beverages.

(2)   Defendant must participate in a program of testing and treatment for alcohol abuse and follow the rules and regulations of that program until discharge. The Probation Officer, in consultation with the treatment provider, will supervise Defendant's participation in the program. Defendant must pay any cost associated with treatment and testing.

(3)   Defendant must participate in a combination of psychiatric, psychological, or mental health treatment programs, and follow the rules and regulations of the program, until discharged. The Probation Officer, in consultation with the treatment provider, will supervise Defendant's participation in the program. Defendant must pay any cost associated with treatment and testing.

(4)   Defendant must participate in and complete an anger management or batterer's intervention program as directed by the Probation Officer.

The Court further recommends Defendant be placed at FMC Carswell in Forth Worth, Texas, if appropriate.

**So ORDERED and SIGNED this 5th day of October, 2023.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE