IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § <br> § <br> § |
| **v.** | § **CRIMINAL NO. 4:13-CR-241-SDJ-KPJ-8** <br> § |
| **ARNULFO SALAZAR (8)** | § <br> § <br> § |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 5, 2023, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #425) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of five (5) months, with a term of twenty-four (24) months supervised release to follow. Additionally, the Magistrate Judge recommended the term of supervised release be under the same conditions previously imposed with additional special conditions.

Having received the Report of the United States Magistrate Judge (Dkt. #425) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #424), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be

imprisoned for a term of four (5) months, to run consecutively to any other term of imprisonment, with a term of twenty-four (24) months supervised release to follow. Additionally, the term of supervised release is under the same conditions previously imposed with the following additional special conditions:

(1) Defendant must not possess or consume alcoholic beverages.

(2) Defendant must participate in a program of testing and treatment for alcohol abuse and follow the rules and regulations of that program until discharge. The Probation Officer, in consultation with the treatment provider, will supervise Defendant's participation in the program. Defendant must pay any cost associated with treatment and testing.

(3) Defendant must participate in a combination of psychiatric, psychological, or mental health treatment programs, and follow the rules and regulations of the program, until discharged. The Probation Officer, in consultation with the treatment provider, will supervise Defendant's participation in the program. Defendant must pay any cost associated with treatment and testing.

(4) Defendant must participate in and complete an anger management or batterer's intervention program as directed by the Probation Officer.

Additionally, the Court recommends Defendant be placed at FMC Carswell in Forth Worth, Texas, if appropriate.

**So ORDERED and SIGNED this 4th day of December, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE